FILED

10/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0317

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0317

_____

TOWN OF KEVIN,

      Plaintiff and Appellee,

   v.

NORTH CENTRAL MONTANA REGIONAL
WATER AUTHORITY,

      Defendant and Appellant.

O R D E R

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's Opening Brief filed electronically on October 26, 2023, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

M. R. App. P. 12(1)(i) provides that an appellant's opening brief shall contain an appendix that includes the relevant judgment, orders, findings of fact, conclusions of law, jury instructions, rulings, or decisions from which the appeal is taken. Therefore,

IT IS ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court an Appendix containing documents required for compliance with the specified Rule and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 26 2023